

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 7 2020

**BY ECF & EMAIL**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Randy Mena Contreras*, 20 Cr. 113 (LAK)

Dear Judge Kaplan:

The above-captioned case was recently assigned to the Court's docket. The Court has set an initial conference for February 10, 2020 at 4:30 p.m. The parties are in advanced plea discussions and hope that this case will be resolved shortly. Due to defense counsel's unavailability the week of February 10, and the parties' plea discussions, the parties respectfully request that the Court adjourn the February 10 conference by approximately four weeks. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

MEMO ENDORSEMENT

Application granted. The 2/10/2020 conference is adjourned until 3/10/2020 at 4:00 PM. Any change of plea hearing is referred to the magistrate. Time from today through and including 3/10/2020 is excluded from speedy trial calculations in the interests of justice for the reasons provided by counsel.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.

Dated: 2/7/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486