
Test

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Randy Mena Contreras*, 20 Cr. 113 (LAK)

Dear Judge Kaplan:

A status conference in the above-captioned case is currently scheduled for March 31, 2020. Although the parties believe that this case is close to resolution, the current COVID-19 pandemic has delayed the parties ability to move forward with the case on or before March 31. Accordingly, the parties jointly request that the status conference be adjourned by approximately thirty days. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

Adjourned to 4/28/2020 at 11 am
Time excluded to and including 4/28/2020. Interests of justice served thereby outweigh interests of defendant and public in speedy trial - permit plea negotiations.
SO ORDERED
/s/ USDJ
3/30/2020