**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2020

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Randy Mena Contreras*, 20 Cr. 113 (LAK)

Dear Judge Kaplan:

A conference in the above-captioned case has been adjourned to June 3, 2020. The Government respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

GRANTED. Time excluded to and including June 3, 2020. The interests of justice served thereby outweigh the interests of the defendant and the public in a speedy trial for reasons stated above.

USDJ 4/27/2020